IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JACOB STANTON ROMINE**                                                              **PLAINTIFF**

V.                              **CASE NO. 5:25-CV-5069**

**JOHN DOE ARRESTING OFFICER,**
Fayetteville Police Department;
**JOHN DOE BOOKING OFFICERS,**
Benton County Detention Center;
**JOHN DOE BOOKING OFFICERS,**
Washington County Sheriff's Department;
and **JOHN DOE TRANSPORT OFFICER,**
Bentonville Police Department                                                         **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 8) filed in this case on August 11, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 2nd day of September, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE